

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00539-CV

Randall Carlton **ORNDOFF**,
Appellant

v.

Terri Lee **ITALIAN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 04-1876-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

    The appellant's motion for extension of time to file brief is GRANTED. The appellant's brief is due on December 1, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court